**DISMISS and Opinion Filed July 3, 2013.**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

## No. 05-13-00688-CV

### PETER B. CASEY D/B/A C&S BULLION, Appellant
### V.
### GR HOSPITALITY MANAGEMENT, LLC, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-06033**

## MEMORANDUM OPINION

Before Justices O'Neill, Francis, and Fillmore
Opinion by Justice O'Neill

Before the Court is appellee's June 11, 2013 motion to dismiss the appeal. Appellee contends the appeal should be dismissed because appellant failed to file a timely notice of appeal.

A notice of appeal is due thirty days after the date the judgment is signed. *See* TEX. R. APP. P. 26.1. If a party files a timely post-judgment motion extending the appellate timetable, the notice of appeal is due ninety days after the date the judgment is signed. *See* TEX. R. APP. P. 26.1(a). An extension of time may be granted if an appellant files a notice of appeal within fifteen days of the deadline and files a motion complying with rule of appellate procedure 10.5(b). *See* TEX. R. APP. P. 26.3. Without a timely notice of appeal, this Court lacks jurisdiction. *See* TEX. R. APP. P. 25.1 (b).

In his response to the motion to dismiss, appellant contends that his notice of appeal was timely because it was filed within thirty days of the trial court denying his motion to set aside the judgment at a hearing held on April 26, 2013. Appellant's contention is incorrect. Appellate timetables begin running only from the date the *judgment* is signed. *See* TEX. R. APP. P. 26.1.

The trial court signed a final summary judgment on January 23, 2013. Appellant filed a timely motion to set aside the judgment on February 14, 2013. Accordingly, appellant's notice of appeal was due on April 23, 2013, ninety days after the date the judgment was signed. Appellant filed his notice of appeal on May 16, 2013, twenty-three days past the due date. Because appellant did not file a timely notice of appeal, this Court lacks jurisdiction. Accordingly, we grant appellee's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

130688F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

PETER B. CASEY D/B/A C&S BULLION, Appellant

No. 05-13-00688-CV       V.

GR HOSPITALITY
MANAGEMENT, LLC, Appellee

On Appeal from the 191st Judicial District Court, Dallas County, Texas.
Trial Court Cause No. DC-11-06033.
Opinion delivered by Justice O'Neill.
Justices Francis and Fillmore, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, GR HOSPITALITY MANAGEMENT, LLC, recover its costs of this appeal from appellant, PETER B. CASEY D/B/A C&S BULLION.

Judgment entered this 3rd day of July, 2013.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE